John P. Pringle, SBN 072300
Toan B. Chung, SBN 276505
**ROQUEMORE, PRINGLE & MOORE, INC.**
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040-2466
Tel No. (323) 724-3117
Fax No. (323) 724-5410

Attorneys for Sam S. Leslie,
Chapter 7 Trustee

FILED & ENTERED

MAR 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL GANDO OSIO,<br><br>　　　　　　Debtor. | Case No. 2:19-bk-18234-ER<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION OBJECTING TO DEBTOR'S AMENDED EXEMPTION**<br><br>**[DOCKET NO. 55]**<br><br>Hearing<br>Date:　　March 4, 2020<br>Time:　　10:00 a.m.<br>Place:　　U.S. Bankruptcy Court<br>　　　　　　Courtroom 1568<br>　　　　　　255 E. Temple St.<br>　　　　　　Los Angeles, CA 90012 |

**IN SAID DISTRICT AT LOS ANGELES, CALIFORNIA ON THE DATE ASCRIBED BELOW:**

　　　　The Chapter 7 Trustee's Motion Objecting to Debtor's Amended Exemption (the "Objection") came on regularly for hearing on March 4, 2020 at 10:00 a.m., before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA 90012. The Court issued a

1

tentative ruling sustaining in-part and overruling in-part the Objection and waiving appearances.

Having reviewed the Objection, the pleadings and other documents on file, and good cause shown, the Court adopts its tentative ruling [Docket No. 59] as its final ruling and incorporates herein in full by reference, ~~it is~~ and hereby **ORDERS**:

~~**ORDERED**~~ that the Objection is SUSTAINED ~~sustained~~ with respect to the Settlement Funds of $41,523.08; and ~~it is hereby~~

~~**FURTHER ORDERED**~~ that the Objection is OVERRULED ~~overruled~~ with respect to the Tax Refunds of $1,143.00.

**IT IS SO ORDERED.**

###

Date: March 6, 2020

Ernest M. Robles
United States Bankruptcy Judge

2